UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARIN PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, MARGARET A. HAMBURG, M.D., Commissioner of Food and Drugs, and KATHLEEN SEBELIUS, Secretary of Health and Human Services, <br><br> Defendants. | Civil Action No. 14-cv-00324 (RDM) |

## ORDER

For the reasons stated in this Court's May 28, 2015 Memorandum Opinion (Dkt. 30), it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. 11) is **GRANTED**; it is further

**ORDERED** that Defendant's Cross-Motion for Summary Judgment (Dkt. 13) is **DENIED**; and it is further

**ORDERED** that the administrative decision denying five-year exclusivity to Vascepa is **VACATED**, and the matter is **REMANDED** to the Food and Drug Administration for further proceedings consistent with the Court's opinion (Dkt. 30).

SO ORDERED.

                                                    /s/ Randolph D. Moss
                                                    RANDOLPH D. MOSS
                                                    United States District Judge

Date: May 28, 2015